# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0376

VERSUS

EUGENE DARRYL MCKNIGHT                                **JULY 5, 2023**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3445-F-2020.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                              **WIL**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT